**Linda WIDJAJA, a.k.a. Linda Widjaja McFarland, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–75566.

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.*

Filed July 2, 2012.

Lawrence E. Ayres, Esquire, Fresno, CA, for Petitioner.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, John D. Williams, Esquire, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

## MEMORANDUM **

Linda Widjaja, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order concluding that her appeal had been withdrawn as a result of her departure from the United States. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

We remand for the BIA to reconsider whether Widjaja's appeal was withdrawn in light of our intervening decision in *Coyt v. Holder,* 593 F.3d 902 (9th Cir.2010) (citing *Madrigal v. Holder,* 572 F.3d 239 (6th Cir.2009)).

**PETITION FOR REVIEW GRANTED; REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

